IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN LICCIONE, | * | |
| *Plaintiff,* | * | Civil Action No.: |
| v. | * | 1:18-cv-01688-TDC |
| ANNE ARUNDEL MEDICAL CENTER, | * | |
| ET AL, | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Plaintiff, John Liccione, pro se, moves this Court to dismiss Plaintiff's complaint.

Respectfully submitted,

JOHN LICCIONE, PRO SE

_____

## CERTIFICATE OF SERVICE

I certify that on this 10th day of September, 2018, a copy of the foregoing was served by postage prepaid, first class mail, on:

Anne Arundel Medical Center
2001 Medical Pkwy
Annapolis, MD 21401
*Defendant 1*

Howard County General Hospital
5755 Cedar Lane
Columbia, MD 21044
*Defendant 2*

*[signature]*

John Liccione