John Liccion
5824 Harness Ct
Columbia, MD 21044

BALTIMORE
MD 212
10 SEP '18
PM 4 L



US District Court Clerk
101 West Lombard St.
Baltimore, MD 21201

GB8

21201-262915