IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN LICCIONE, | * | |
| *Plaintiff,* | * | Civil Action No.: |
| v. | * | 1:18-cv-01688-TDC |
| ANNE ARUNDEL MEDICAL CENTER, | * | |
| ET AL, | * | |
| *Defendants.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Plaintiff, John Liccione, pro se, moves this Court to dismiss Plaintiff's complaint.

Respectfully submitted,

JOHN LICCIONE, PRO SE

*[signature]*

Motion: Granted 9/12/18

Theodore D. Chuang
United States District Judge

[Filed stamp: SEP 11 2018, AT BALTIMORE, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, DEPUTY]